IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MICHAEL LAWRENCE SMITH,<br><br>          Plaintiff,<br><br>v.<br><br>DALE BENCH,<br><br>          Defendant. | **MEMORANDUM DECISION &<br>DISMISSAL ORDER**<br><br><br>Case No. 2:14-CV-294-TS<br><br>District Judge Ted Stewart |

On July 18, 2016, the Court ordered Plaintiff to within thirty days show cause why this case should not be dismissed for failure to prosecute. The Court noted that it had not heard directly from Plaintiff since he filed a change of address, dated October 16, 2015. Since the order to show cause, the Court has not heard from Plaintiff. In fact, the order was returned to sender, marked "NOT DELIVERABLE."

**IT IS THEREFORE ORDERED** that, for failure to prosecute, *see* DUCivR 41-2, the complaint is dismissed. This case is **CLOSED**.

DATED this 2nd day of November, 2016.

BY THE COURT:

_____
JUDGE TED STEWART
United States District Court